NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LINDA RUDOLPH, as personal )
representative of the Estate of Betty )
Evans, deceased, )
    )
    Appellant, )
    )
v. )    Case No.  2D16-4799
    )
WAL-MART STORES, INC.; WAL-MART )
STORES EAST, LP; and STRIPE A LOT )
OF AMERICA II, CORP., )
    )
    Appellees. )
_____)

Opinion filed June 15, 2018.

Appeal from the Circuit Court for Lee
County; Keith R. Kyle, Judge.

Annabel C. Majewski and Roy D. Wasson
of Wasson & Associates, Chartered,
Miami; and Marcus Way Viles of Viles &
Beckaman, L.L.C., Fort Myers, for
Appellant.

Thomas A. Valdez, Karen M. Shimonsky,
Jeremy J. Jacobs and Albert Rodriguez, of
Quintairos, Prieto, Wood & Boyer, Tampa,
for Appellee Wal-Mart.

Michael R. D'Lugo and Krista N. Cammack
of Wicker Smith O'Hara McCoy & Ford,
P.A., Orlando, for Appellee Stripe A Lot.

PER CURIAM.

Affirmed.

SILBERMAN, VILLANTI, and MORRIS, JJ., Concur.